■ HARRY WEINBERG, Respondent, v. LOUIS GREISS, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ HARRY WEINBERG, Respondent, v. LOUIS GREISS, Appellant.— Order, entered on May 25, 1961, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NOEL BARBOSA, Appellant.— Order, entered on August 29, 1960, unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLOYD NIXON, Appellant.— Order, entered on September 8, 1960, unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY HEWLETT, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ ELIZABETH KELLY et al., Appellants, v. CHEMICAL CORN EXCHANGE BANK, Respondent.— Determination of the Appellate Term unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Valente, McNally, Stevens and Steuer, JJ.

■ (A) CHAIN BUILDING CORP. v. NANCY E. APPEL. (B) SHERRY GALE CASUALS, INC., v. FAVORITE TRUCKING CORP.— [In each action] Application denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ RUBY FREEMAN v. NEW YORK CITY HOUSING AUTHORITY.— Motion for reargument denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ IRENE R. LACKS v. HAROLD G. LACKS.— Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: " Did the Court err as a matter of law in denying defendant's motion to dismiss the third cause of action as legally insufficient? " Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Bergan, JJ.

■ OXFORD COMMERCIAL CORPORATION v. FRED LANDAU et al.— Motion for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: " Was the order of this court entered herein on the 19th day of April, 1962, reversing the order of Special Term and the judgment entered thereon and denying the defendants' motion for judgment, properly made? " Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Eager and Bastow, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. EUGENE WILLIAMS. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN JOSEPH DUFFY. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ANDREW KAY. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ MERLE LEFKOWITZ v. SHEILA GROSSWALD.— Motion to dispense with printing and for enlargement of time denied in all respects. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ BISCAYNE-GALLOWHUR CORPORATION v. DONALD O. SMITH et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before

September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

In the Matter of SEYMOUR GRATZ v. EDWARD F. CAVANAGH, JR., as Fire Commissioner of the City of New York.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the Corporation Counsel and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

ELMA HARRIS v. LARONA STUDIOS, INC., et al.— Motion for a stay granted on condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before August 14, 1962, with notice of argument for the September 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

In the Matter of FELICIA SHPRITZER, on Behalf of Herself and Others Similarly Situated, v. THEODORE H. LANG.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 11, 1962, with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

WILLIAM CARBONELL v. F. M. CHARLTON CO., INC., et al.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondents and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

PHYLLIS TINELLI, as Administratrix of the Estate of FRANK TINELLI, JR., Deceased, v. UPSON-WALTON CO. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 11, 1962 with notice of argument for the October 1962 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the conditions imposed respondent may enter an order dismissing the appeal without notice to the appellant. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

JANE UHL v. CITY OF NEW YORK et al.— Motion to dispense with printing denied, without prejudice, however, to a renewal thereof upon papers demonstrating the jurisdiction of this court. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

In the Matter of the Arbitration between ROBERT FINKELSTEIN and STANLEY HARRIS et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 30, 1962, with notice of argument for September 11, 1962, said appeal to be argued or submitted when reached. Motion to dispense with printing granted only insofar as to permit the appeal